UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

PETER KING,

    Petitioner,

v.                                                  CASE NO. 6:06-cv-1424-Orl-31JGG

JAMES MCDONOUGH, et al.,

    Respondents.

## ORDER OF DISMISSAL WITHOUT PREJUDICE

On October 11, 2006, the Court ordered Petitioner to pay the $5.00 filing fee (Doc. No. 8). Further, the Court notified Petitioner that the failure to do so would result in the dismissal of the action without further notice. As of the date of this Order, Petitioner has failed to comply.

Accordingly, it is now **ORDERED AND ADJUDGED:**

1.    This case is hereby **DISMISSED** without prejudice. The Court notes, however, that the dismissal without prejudice does not excuse Petitioner from the one year period of limitation for raising a habeas corpus petition in the federal courts. *See* 28 U.S.C. § 2244(d).

2.    The Clerk of the Court is directed to close this case.

**DONE AND ORDERED** at Orlando, Florida, this 16th day of November, 2006.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies to:
sa 11/16
Peter King